# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149411(50)

MELISSA RENEE POAG-EMERY,
      Plaintiff-Appellant,

v

MATTHEW JOHN EMERY,
      Defendant-Appellee.
_____/

SC: 149411
COA: 318401
Kent CC: 08-001251-DM

      On order of the Chief Justice, the motion to substitute the corrected amicus curiae brief is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2014

